UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul and Lori Seeman, <br><br> Plaintiffs, <br><br> v. <br><br> Rice County, City of Faribault, Goodhue County, Excel Energy, Troy Dunn, Andy Bolen, Paul LaRoche, Mark Hlady, Blaine Smith, Neal Pederson, Brandon Gliem, Tres Matthews, Collins Voxland, and John Does 1–10, <br><br> Defendants. | Case No. 20-cv-1085 (SRN/DTS) <br><br><br> **ORDER** |

Paul Seeman, OID 264913, MCF-Moose Lake, 1000 Lakeshore Drive, Moose Lake, MN 55767, Pro Se.

Lori Seeman, 19486 Eiler Avenue, Faribault, MN 55021, Pro Se.

Margaret A. Skelton and Timothy A. Sullivan, Ratwik, Roszak & Maloney, P.A., 444 Cedar Street, Suite 2100, Saint Paul, MN 55101, for Defendants Rice County, Goodhue County, Troy Dunn, Paul LaRoche, Mark Hlady, Blaine Smith, Tres Matthews, Collins Voxland, and John Does 1–10.

Ashley Marie Ramstad, Jason J. Kuboushek, and Paul D. Reuvers, Iverson Reuvers, 9321 Ensign Avenue South, Bloomington, MN 55438, for Defendants City of Faribault, Andy Bolen, Neal Pederson, and Brandon Gliem.

SUSAN RICHARD NELSON, United States District Judge

    This matter is before the Court on the Plaintiffs' Motion to Stay Proceedings [Doc. No. 56].

1

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Stay Proceedings [Doc. No. 56] is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 2, 2024                         /s/ Susan Richard Nelson
                                                            SUSAN RICHARD NELSON
                                                            United States District Judge